

at the separate sentencing proceedings before the jury and the court.

We find no merit in the first four claims and therefore affirm the district court's denial of relief thereon. Petitioner's fifth claim has heretofore been resolved on the record, without an evidentiary hearing. The district court, echoing the Florida courts, *Glock v. Dugger*, 537 So.2d 99 (Fla.1989), rejected this claim as meritless on its face. *See Glock*, 36 F.3d at 1020. We conclude that the claim is not meritless on its face; hence, an evidentiary hearing must be held to resolve the historical facts concerning counsel's performance and the mitigating evidence that petitioner contends should have been presented.

We therefore remand the case for an evidentiary hearing, and findings of fact and conclusions of law, on petitioner's ineffective assistance of counsel claim.

SO ORDERED.

May 16, 1996.

Before TJOFLAT, Chief Judge, and COX and DUBINA, Circuit Judges.

BY THE COURT:

This case is before us on remand from the Supreme Court following a ruling and judgment vacating the judgment of this court. It is ordered that the case is remanded to the district court for further proceedings consistent with the Supreme Court's opinion.

**Larry Grant LONCHAR,**
**Petitioner–Appellee,**

v.

**Tony TURPIN, Warden, Georgia Diagnostic and Classification Center,**
**Respondent–Appellant.**

No. 95–8821.

United States Court of Appeals,
Eleventh Circuit.

May 16, 1996.

Michael J. Bowers, Attorney General, State of Georgia, Mary Beth Westmoreland, Asst. Atty. General, Atlanta, GA, for Appellant.

John Matteson, Office of John Matteson, Atlanta, Georgia, Clive Stafford Smith, Office of Clive Stafford Smith, New Orleans, Louisiana, for Appellee.

**Steven W. FLOHR; Susan Flohr,**
**Plaintiffs–Appellees,**

v.

**Joseph MACKOVJAK, Defendant–**
**Appellant.**

No. 93–6956.

United States Court of Appeals,
Eleventh Circuit.

May 31, 1996.

